EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Dinorah Burgos García | 2019 TSPR 39<br><br>201 DPR \_\_\_\_ |

Número del Caso:  TS-9232


Fecha: 1ro de marzo de 2019


Abogado de la parte peticionaria:

        Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía y la notaría.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Dinorah Burgos García | TS-9,232 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de marzo de 2019.

Luego de examinar la *Moción Solicitando Reinstalación al Ejercicio de la Abogacía y la Notaría* presentada por la Sra. Dinorah Burgos García (peticionaria), ordenamos la reinstalación de la peticionaria a la abogacía y la notaría.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a Abogada Activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Así las cosas, ordenamos la reactivación de todas las Quejas pendientes contra la peticionaria.

Le concedemos un término de cuarenta y cinco (45) días a la Oficina del Procurador General para que presente el Informe correspondiente en las Quejas AB-2016-034, AB-2016-302 y AB-2016-347.

Asimismo, le concedemos a la peticionaria **un término final e improrrogable de diez (10) días** contados a partir de la notificación de esta Resolución, para contestar las Quejas AB-2017-027; AB-2017-207; AB-2018-010; AB-2018-225 y AB-2018-266. Además, se le apercibe que un nuevo incumplimiento con nuestras órdenes podría acarrear sanciones disciplinarias severas, incluyendo la suspensión del ejercicio de la profesión.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres proveería No Ha Lugar a la reinstalación.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo